ORIGINAL

D+F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NICHOLAS DIMAKOS,

              Plaintiff,

   -against-

NEW YORK CITY POLICE DEPARTMENT;
HOWARD SAFIR, Police Commissioner; the
CITY OF NEW YORK; and RUDOLF W.
GIULIANI, Mayor of New York,

              Defendants.
----------------------------------------------------------x

**ORDER**
Case No. 97-CV-7043 (FB) (SMG)

**BLOCK, Senior District Judge:**

As discussed at a pre-motion conference held today in the Court's chambers, the defendant shall file all motion papers pertaining to the defendants' motion for summary judgment within two months from today.

**SO ORDERED.**

                                    FREDERIC BLOCK
                                    United States Senior District Judge

Dated: January 6, 2006
        Brooklyn, New York