


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JONATHAN BARDAVID
*Assistant Corporation Counsel*
Phone: 212-788-6838
Fax: 212-788-8877
E-mail: jbardavi@law.nyc.gov

June 16, 2006

**VIA ECF**
Hon. Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Dimakos v. City of New York, *et. al.*
           97 CV 7043 (FB) (SMG)

Dear Judge Block:

      I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced action. I write to update the Court regarding the parties briefing schedule regarding the service of defendants' reply papers in connection with defendants' motion for summary judgment.

      On May 30, 2006 I wrote Your Honor requesting that defendants' time to serve their reply be extended to June 30, 2006 and that defendants be provided an additional five pages for their reply. On June 9, 2006 plaintiff's counsel wrote the Court reiterating his consent to the extension of time and requested that he be provided a *sur* reply. On Tuesday June 13, 2006 I spoke with Your Honor's law clerk regarding this matter and was informed that the parties should attempt to resolve this without the intervention of the Court and inform the Court of any resolution. I conferred with plaintiff's counsel on Tuesday and the parties have agreed, subject to the approval of the Court, that defendants will serve their reply to plaintiff's opposition to defendants' motion for summary judgment on or before June 30, 2006. Defendants will limit their reply to the ten pages provided in Your Honor's individual rules and plaintiff will not serve

a *sur* reply. Defendants will file the fully briefed motion as soon as possible after June 30, 2006. Thank you for attention to this matter.

Respectfully submitted,

/s/

Jonathan Bardavid (JB0072)
Assistant Corporation Counsel

cc: Charles Berg, Esq. (via ECF)

So Ordered.

*/s/* Frederic Block

June 20, 2006